**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**KEY WEST DIVISION**

CASE NO.:

**CHRISTOPHER & SHANNON NEEDHAM**

    **PLAINTIFFS,**

**V.**

**LEXINGTON INSURANCE COMPANY,**

    **DEFENDANT.**
_____/

**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION**

Defendant, LEXINGTON INSURANCE COMPANY, a foreign corporation, hereby files this Notice of Removal of Civil Action, and states:

1. Defendant, LEXINGTON INSURANCE COMPANY ("Lexington"), is an eligible surplus lines insurer that issued a policy of insurance to Plaintiffs, Christopher & Shannon Needham ("Plaintiffs"), under policy number 19019748.

2. Lexington has been named the Defendant in the Complaint filed by Plaintiff on April 2, 2018, in the Circuit Court of the Sixteenth Judicial Circuit in and for Monroe County, Florida, case number 18-CA-000239-P, styled as *Christopher & Shannon Needham v. Lexington Insurance Company*. See Complaint attached as **Exhibit 1**.

3. Service of Process was effected on Lexington on April 30, 2018. *See* Summons, attached within Exhibit 1.

4. This is a civil action over which this Honorable Court has original jurisdiction under 28 U.S.C. § 1332, and which Lexington is entitled to remove to this Honorable Court based upon diversity of citizenship.

5. Plaintiffs are residents of Monroe County, Florida and reside at 1211 Mockingbird Road, Key Largo, FL. *See* Complaint at ¶2, 8. Lexington is an insurer incorporated under the laws of Delaware and has its principal place of business in Boston, Massachusetts. Lexington is a Citizen of the state of Delaware and the Commonwealth of Massachusetts. *See* ¶5 of the Declaration in Support of Removal by Kathleen Spinella, attached as **Exhibit 2.**

6. Lexington consents to the removal of this action to this Court. *See* Exhibit 2 at ¶ 14.

7. No parties have common citizenship for purposes of diversity jurisdiction. Therefore, complete diversity exists between all parties named in this matter.

8. Venue is proper in the Southern District of Florida because at all relevant times Lexington was doing business in Florida as an eligible surplus lines insurer, and the suit for which this removal originates was filed by Plaintiff in the Circuit Court in and for Monroe County.

9. Plaintiff submitted a claim for damages to the Insured location as a result of Hurricane Irma, with a reported date of loss of September 10, 2017. *See* Exhibit 1 at ¶ 8, 11.

10. Following the investigation of the claim, on February 26, 2018, Lexington sent the Insured a coverage determination letter. This letter explained those portions of

the claim which were not covered, and enclosed a copy of Lexington's estimate for covered damages totaling $20,653.89 after application of the $18,000 hurricane deductible. A check was issued to the Insureds and their public adjuster on February 27, 2018. The check was negotiated and paid on March 27, 2018. *See* Exhibit 2 at ¶ 8.

11. Plaintiff filed a breach of contract action against Lexington April 2, 2018. *See* Exhibit 1.

12. The Complaint was silent as to the amount claimed, other than invoking the $15,000 jurisdictional minimum. *See* Exhibit 1.

13. Plaintiff responded to Jurisdictional Interrogatories on July 9, 2018, wherein Plaintiff claimed damages based upon a $212,153.71 estimate. *See* Exhibit 2 at ¶ 12.

14. Accordingly, the damages at issue are well in excess of this Honorable Court's $75,000.00 jurisdictional minimum.

15. These jurisdictional facts are true presently, at the time of removal.

16. The following items constitute all of the process, pleadings, and orders filed in this action, to date:

    a. Complaint;

    b. Plaintiffs' First Request for Production

    c. Plaintiff's First Interrogatories

    d. Defense Counsel's Notice of Appearance

    e. Defense Counsel's Designation of E-mail addresses

    f.  Defendant's Motion for Enlargement of Time to respond to the Complaint

    g.  Defendant's First Request for Production

    h.  Defendant's First Interrogatories

    i.  Defendant's Motion for Enlargement of Time to Respond to Discovery

    j.  Defendant's Answer and Affirmative Defenses

    k.  Defendant's Second Motion for Enlargement of Time to Respond to Discovery

    l.  Plaintiff's Motion for Enlargement of Time to Respond to Discovery

    m.  Plaintiff's Response to Defendant's First Request for Production

    n.  Plaintiff's Response to Defendant's First Interrogatories

    o.  Defendant's Third Motion for Enlargement of Time to Respond to Discovery

    p.  Defendant's Motion to Strike Paragraphs 12, 13, 15 and 16 of Plaintiff's Complaint

    q.  Defendant's Notice to State Court of Removal

Plaintiff's' Complaint (along with the Notice of Service of Process and Summons) is attached as **Exhibit 1**. Plaintiffs' First Request for Production is attached as **Exhibit 3**. Plaintiff's First Interrogatories is attached as **Exhibit 4**. Defense Counsel's Notice of Appearance is attached as **Exhibit 5**. Defense Counsel's Designation of E-mail addresses is attached as **Exhibit 6**. Defendant's Motion for Enlargement of Time to respond to the Complaint is attached as **Exhibit 7**. Defendant's First Request for

Production is attached as **Exhibit 8**. Defendant's First Interrogatories is attached as **Exhibit 9**. Defendant's Motion for Enlargement of Time to Respond to Discovery is attached as **Exhibit 10**. Defendant's Answer and Affirmative Defenses is attached as **Exhibit 11**. Defendant's Second Motion for Enlargement of Time to Respond to Discovery is attached as **Exhibit 12**. Plaintiff's Motion for Enlargement of Time to Respond to Discovery is attached as **Exhibit 13**. Plaintiff's Response to Defendant's First Request for Production is attached as **Exhibit 14**. Plaintiff's Response to Defendant's First Interrogatories is attached as **Exhibit 15**. Defendant's Third Motion for Enlargement of Time to Respond to Discovery is attached as **Exhibit 16**. Defendant's Motion to Strike Paragraphs 12, 13, 15 and 16 of Plaintiff's Complaint is attached as **Exhibit 17**. Defendant's Notice to State Court of Removal is attached as **Exhibit 18**.

17.   This Notice of Removal is being filed within thirty (30) days of Lexington's receipt of the Plaintiff's Responses to Interrogatories and Responses to Request for Production which set forth the total amount at issue in excess of this Honorable Court's $75,000.00 jurisdictional minimum.

**WHEREFORE**, Defendant, LEXINGTON INSURANCE COMPANY, a foreign corporation, respectfully requests that the above-referenced action pending in the Circuit Court of the Fifteenth Judicial Circuit in and for Monroe County, Florida, Case No. 18-CA-000239-P, be removed from that court to the United States District Court for the Southern District of Florida.

Respectfully submitted,

**BERK, MERCHANT & SIMS, PLC**

**/s/ JONATHAN D. TOBIN**
Melissa M. Sims / FBN: 85936
Jonathan D. Tobin / FBN: 72910
2 Alhambra Plaza, Suite 700
Coral Gables, Florida 33134
Telephone:   (786) 338-2900
Facsimile:    (786) 338-2888
E-Mail: msims@berklawfirm.com
           dalvarez@berklawfirm.com
           jtobin@berklawfirm.com
           kmendez@berklawfirm.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**/s/ JONATHAN D.TOBIN**

**SERVICE LIST**:

Brian Freeman / FBN: 87483
**THE FREEMAN LAW FIRM, P.A.**
4245 Fowler Street
Fort Myers, Florida 33901
Telephone:   (239) 226-4236
Facsimile:    (239) 226-4238
E-Mail:    litigation@thefreemanlawfirmpa.com
           jboies@thefreemanlawfirmpa.com
           bfreeman@thefreemanlawfirmpa.com
*Counsel for Plaintiffs*